**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1462**

JACQUELINE PIDANICK,

Plaintiff - Appellant,

v.

PAUL C. LAROSA, III, individually and in his official capacity; CHRIS SANKOWSKI, individually and in his official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. David C. Norton, District Judge. (9:18-cv-01534-DCN-MGB)

Submitted: January 13, 2020                    Decided: January 30, 2020

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jacqueline Pidanick, Appellant Pro Se. Robin Lilley Jackson, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Pidanick appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Pidanick's amended complaint alleging constitutional violations under 42 U.S.C. § 1983 (2018) and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pidanick v. LaRosa*, No. 9:18-cv-01534-DCN-MGB (D.S.C. Apr. 22, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*